THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
John R. Mabry, Jr., Appellant.
 
 
 

Appeal From Greenwood County
 James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-570
Submitted October 3, 2005  Filed October 27, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Legal Director Teresa A. Knox, Legal Counsel J. Benjamin Aplin, and Legal Counsel Tommy Evans, Jr., all of Columbia, for Respondent.  
 
 
 

PER CURIAM:  John Mabry appeals the circuit courts revocation of his probation.  Mabrys counsel contends the circuit court lacked subject-matter jurisdiction to revoke his probationary sentence.  Mabry argues the arrest warrant against him was improper due to the court exceeding a statutory five-year limitation on length of probation.[1]  We hold the circuit court properly tolled Mabrys probationary sentence while Mabry absconded from supervision, the arrest warrant was lawful, and the circuit court had subject-matter jurisdiction to revoke his probation.  Accordingly, after a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Mabrys appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.[2]
GOOLSBY, BEATTY, and SHORT, JJ., concur.

[1] S.C. Code Ann. § 24-21-440 (Supp. 2004) provides as follows: The period of probation of suspension of sentence shall not exceed a period of five years and shall be determined by the judge of the court and may be continued or extended within the above limit.
[2] We decide this case without oral argument pursuant to Rule 215, SCACR.